IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| ROY PIERCE SNOWDEN, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:08-cv-1026-MHT |
| | ) | (WO) |
| J.A. KELLER, | ) | |
| | ) | |
| Respondent. | ) | |

**ORDER**

The magistrate judge entered a recommendation in this case to which no timely objections have been filed. After a review of the recommendation, and after an independent and de novo review of the entire record, the court believes that the recommendation should be adopted. Accordingly, it is ORDERED that the recommendation (Doc. #18) of the magistrate judge is adopted.

It is further ORDERED that costs are taxed against petitioner, for which execution may issued. A separate judgment shall issue.

DONE, this the 19th day of November, 2010.

_____/s/ Myron H. Thompson_____
UNITED STATES DISTRICT JUDGE